IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GUSSIE M. GRIMES, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:07cv924-WC |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On 27 May 2008, Defendant filed a Motion to Remand (Doc. #17) and brief in support (Doc. #18). Accordingly, it is

ORDERED that Plaintiff shall, in writing, submit a response to the Motion to Remand **on or before 4 June 2008**.

DONE this 28th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE