IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GUSSIE M. GRIMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv924-WC |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

# ORDER

On August 18, 2008, Plaintiff moved the Court for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act (Doc. #23). Upon consideration of the Motion, it is

ORDERED that Defendant shall show cause in writing **on or before September 8, 2008,** why this Court should not grant the Motion (Doc #23).

DONE this 18th day of August, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE